IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DANNY ALLEN GREEN,**

    **Plaintiff,**
**v.**                                                **CASE NO. 4:09-cv-212-MP/AK**

**WAKULLA CORRECTIONAL INSTITUTION,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

Plaintiff has responded to the Order to Show Cause dated August 21, 2009, to advise that he wishes to dismiss his lawsuit without prejudice. Having considered said request, the Court is of the opinion that this cause should be **DISMISSED WITHOUT PREJUDICE.**

**DONE AND ORDERED** *this* **1st** *day* of September, 2009.

                                      *s/ A. KORNBLUM*
                                      **ALLAN KORNBLUM**
                                      **UNITED STATES MAGISTRATE JUDGE**